IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

RECEIVED
2021 JUN 11 AM 10: 37

CLERK U.S. DIST COURT
WEST. DIST. OF MO
KANSAS CITY, MO

| | |
|---|---|
| RACHEL AUMICK, Individually and on behalf of the Heirs at Law of SHANE AUMICK, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 6:21-cv-03072-BP |
| DOUGLAS COUNTY, MISSOURI, et al., | ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF EXHIBIT ATTACHMENT
TO HER COMPLAINT OF BODY CAMERA FOOTAGE
PURSUANT TO THE COURT'S ORDER DATED JUNE 9, 2021**

COMES NOW Plaintiff Rachel Aumick, Individually and on behalf of the Heirs at Law of Shane Aumick, deceased, by and though her attorney of record, and for her Notice of Exhibit Attachment to Her Complaint of Body Camera Footage Pursuant to the Court's Order dated June 9, 2021 respectfully states the following:

1. On June 9, 2021, the Court ordered Plaintiff to supplement her Complaint directing that "[w]ithin 3 business days, Plaintiff ... supplement the Complaint by filing the body camera footage." (Doc. 38)

2. Because the video files of "Aumick-Body camera footage 1" and "Aumick-Body camera footage 2" cannot be uploaded to ECF, Plaintiff has filed a physical copy of the video files on a flash drive with the Clerk's office making it part of the record, which is available at the Clerk's office.

3. In compliance with the Court's Order, Plaintiff has filed said body camera footage this 11th day of June, 2021 and sent a copy to chambers and opposing counsel.

Respectfully submitted,

LAUREN ALLEN, LLC

/s/ *Lauren Perkins Allen*
Lauren Perkins Allen
Missouri Bar #49845
4717 Grand Ave., Ste. 130
Kansas City, Missouri 64108
T: 816.877.8120
F: 816.817.1120
Email: lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via the Court's electronic filing system on this 11th day of June 2021, which sent notification to counsel of record.

/s/ *Lauren Perkins Allen*
*Attorney for Plaintiff*