IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RACHEL AUMICK, Individually and on behalf of the Heirs at Law of SHANE AUMICK, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Case No. 6:21-cv-03072-BP |
| DOUGLAS COUNTY, MISSOURI, et al., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## MEDICAL AFFIDAVIT CONCERNING DEFENDANT LESTER E. COX MEDICAL CENTERS d/b/a COXHEALTH CENTER AVA

COMES NOW Lauren Perkins Allen, counsel of Plaintiff in the above-styled cause and affiant herein, and states pursuant to Missouri Revised Statute §538.225 as follows:

1. That affiant is a duly licensed attorney in the State of Missouri and has been retained to represent Plaintiff in the above-styled matter.

2. That the affiant has obtained a written opinion from a legally qualified health care provider that Defendant Lester E. Cox Medical Centers d/b/a CoxHealth Center Ava, by and through its emergency medical personnel, paramedics, and other agents, failed to use such care while treating Plaintiff's decedent that a reasonably prudent and careful health care provider would have under similar circumstances and that such failure to use such reasonable care directly caused or contributed to cause the damages claimed in the Complaint.

3. That the aforesaid consulting health care provider is Joshua Deese, NRP, EMT-P at The Infusion Clinic of Ocala, duly certified paramedic in Missouri and/or one of the other forty-nine

(49) states in the United States and is actively practicing substantially the same specialty as the defendant. See attached curriculum vitae incorporated herein.

Respectfully submitted,

LAUREN ALLEN, LLC

_____
Lauren Perkins Allen, #49845
4717 Grand Ave., Ste. 130
Kansas City, Missouri 64112
T: 816.877.8120
F: 816.817.1120

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn to before me this 15 day of June, 2021.

WILLIAM CLAYTON PERKINS
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 14631901
Jackson County
My Commission Expires: Dec. 4, 2022

_____
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system on this the 15th day of June, 2021.

/s/ Lauren Perkins Allen