```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF MISSOURI
                   SOUTHERN DIVISION
                   - - - - - - - - - - -
```

RACHEL AUMICK, Individually )
and on behalf of the Heirs )
at Law of SHANE AUMICK, )
Deceased, )
)
           Plaintiffs, )
)
v. )  NO. 6:21-cv-03072-BP
)
CITY OF AVA, MISSOURI, et al.,)
)
           Defendants. )

           - - - - - - - - - - -

**CERTIFIED TRANSCRIPT**

THE ORAL DEPOSITION of HUGH MILLS, sworn and examined on behalf of the Defendants City of Ava Police Department and Kaleb Berkshire, pursuant to Notice to Take Deposition, on Tuesday, March 1, 2022, beginning at 8:50 a.m, at the law offices of Lauren Allen, LLC, 17 Grand Avenue, Suite 130, Kansas City, Missouri, 112, before me,

```
                    PATRICK TATE
               CERTIFIED COURT REPORTER
                   AdvancedONE Legal
```

a Certified Court Reporter, in a certain cause now pending In the United States District Court for the Western District of Missouri, Southern Division, wherein the parties are as hereinbefore indicated.

           - - - - - - - - - -

EXHIBIT C

AdvancedONE LEGAL   (866) 715-7770
                              advancedONE.com

```
 1  A   The initial contact with Aumick; the disarming of
 2      Aumick; the contact with the family members; the
 3      body cam starts at the door; in his report the
 4      second contact with Aumick.  The items on the
 5      first page are not covered in the body cam.
 6  Q   I understand that.  I just -- okay.  So when you
 7      say that certain events listed on that page do
 8      not sync with existing body cam, you mean there's
 9      no body camera footage of them?
10  A   That's right.
11  Q   That's what you're saying.
12  A   Yes, sir.
13  Q   I apologize, I thought you were saying something
14      else.
15          You say that -- I'm skipping ahead a
16      couple of lines -- "Berkshire says he drew his
17      weapon and ordered Shane to disarm but Shane does
18      not comply."
19          Do you see that?
20  A   I do.
21  Q   And you say, "Further Berkshire states that he
22      decided to re-holster his firearm and disarm
23      Shane by hand (with one hand) as he maintained
24      his hand torch in his left hand."
25          By "hand torch," you mean flashlight?
```


AdvancedONE LEGAL  (866) 715-7770  advancedONE.com

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | You say, "This is implausible." Are you saying |
| 3 | | it's implausible for Officer Berkshire to disarm |
| 4 | | the knife from Mr. Aumick with one hand? |
| 5 | A | It would be beyond my experience of ever seeing |
| 6 | | someone disarm a knife-wielding suspect with one |
| 7 | | hand. |
| 8 | Q | It's not impossible, though, you would agree, |
| 9 | | though, right? |
| 10 | A | Nothing is impossible, but I've never seen it in |
| 11 | | 40 years of doing this. |
| 12 | Q | Okay.  Does the -- |
| 13 | A | I'll put it this way:  I wouldn't try it and I've |
| 14 | | been trained to do it. |
| 15 | Q | Do you know if Officer Berkshire was trained to |
| 16 | | do it? |
| 17 | A | No, I see no indication that -- that he was. |
| 18 | Q | Are you aware of his military background? |
| 19 | A | I am. |
| 20 | Q | Are you aware of his special forces background? |
| 21 | A | I am. |
| 22 | Q | Do you know anything about special forces |
| 23 | | training? |
| 24 | A | A great deal. |
| 25 | Q | I thought you did from your resume.  Did you go |



|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | through special forces training or what's your           |
| 2  |   | familiarity with it?                                     |
| 3  | A | I was an enlisted soldier with special forces,           |
| 4  |   | and I was picked for officer training.  And then         |
| 5  |   | I was drug screaming into the armor and cavalry          |
| 6  |   | role which turned to be a far better deal.  I            |
| 7  |   | didn't know it when I was 18.                            |
| 8  | Q | Okay.                                                    |
| 9  | A | But I'm very familiar with combat lifesaver              |
| 10 |   | training; I'm very familiar with team training,          |
| 11 |   | to cross-training, to all functions within the 18        |
| 12 |   | MOS; I am fully aware of the training that he            |
| 13 |   | should have had as well as the knowledge that he         |
| 14 |   | should have or could have applied to this                |
| 15 |   | circumstance.                                            |
| 16 | Q | So is it your opinion he would not have received         |
| 17 |   | training on how to disarm a suspect with one hand        |
| 18 |   | in special forces training, or do you know?              |
| 19 | A | I couldn't tell you that, no.                            |
| 20 | Q | Okay.  I'm going to skip ahead.  I promise I'm           |
| 21 |   | not going through every line here, but I've kind         |
| 22 |   | of got to lay a foundation for some of my                |
| 23 |   | questions.  In your observation, you talk about          |
| 24 |   | how Mr. Aumick is put in handcuffs and seated on         |
| 25 |   | the porch, right?                                        |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | was news to Berkshire, and it shouldn't have                    |
| 2  |   | been, indicates that he had removed that knife                  |
| 3  |   | and thrown it in the yard.                                      |
| 4  | Q | You don't think he was asking Houston Thomas if                 |
| 5  |   | Shane Aumick had the knife before he got there                  |
| 6  |   | and went after either Houston Thomas or Meri                    |
| 7  |   | Aumick with that knife?                                         |
| 8  |   | MS. ALLEN: Objection, calls for                                 |
| 9  |   | speculation, lack of foundation.                                |
| 10 | A | No. I believe it surprised him.                                 |
| 11 | Q | (By Mr. Bertels) So part of -- is it wrong for                  |
| 12 |   | Officer Berkshire to ask Houston Thomas what                    |
| 13 |   | occurred between Shane Aumick and Meri Aumick                   |
| 14 |   | before he got there?                                            |
| 15 | A | That would be standard procedure.                               |
| 16 | Q | Okay. You mentioned that you -- we will look at                 |
| 17 |   | the video here in a second, but I'm trying to                   |
| 18 |   | save those questions for later, but you say that                |
| 19 |   | you see what -- or what you think is a knife on                 |
| 20 |   | the ground near Shane that Officer Berkshire                    |
| 21 |   | picks up. Am I reading that right?                              |
| 22 | A | That's correct.                                                 |
| 23 | Q | Do you know for sure that's a knife in the video                |
| 24 |   | or do you --                                                    |
| 25 | A | Hard to tell.                                                   |



| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | And you quote that an officer should ask the |
| 3 | | subject if he has used drugs recently; is that |
| 4 | | correct? |
| 5 | A | That's -- that's what the article states. |
| 6 | | Sometimes that's -- sometimes that's intuitive, |
| 7 | | other times it's suggested. |
| 8 | Q | And do you recall seeing on the video Officer |
| 9 | | Berkshire asking Mr. Aumick what he was on? |
| 10 | A | I recall that. |
| 11 | Q | So he did comply with that, you would agree? |
| 12 | A | I don't think he got a response. |
| 13 | Q | You saw him on the video also ask Ms. Aumick and |
| 14 | | Mr. Thomas if Mr. Aumick was on any drugs, didn't |
| 15 | | you? |
| 16 | A | That's correct. |
| 17 | Q | Did he get a response from them? |
| 18 | A | I don't recall. I believe there was a response |
| 19 | | from Mr. Thomas primarily. |
| 20 | Q | You mentioned in your report about what is |
| 21 | | contained in the first page of Officer |
| 22 | | Berkshire's report, not being backed up or |
| 23 | | validated by Meri Aumick; is that correct? |
| 24 | A | That's correct. |
| 25 | Q | Do you think she might have a reason to lie about |



1     the weapon and retreated prior to police
2     arrival."
3         We talked about that.
4         The next sentence, though, "I see no
5     reason to embellish the actions of the officer
6     other than self-aggrandizement. If the facts are
7     purposely false, then the report is a false
8     report."
9         What do you mean -- I'm not following
10    that sentence about the self-aggrandizement.
11 A  Sure. I don't believe, based on the facts that I
12    viewed, that Berkshire disarmed Aumick of a
13    knife. I don't believe that. The facts do not
14    appear to support that.
15        It appears to me, and it's very
16    obvious, that he was surprised by the fact that
17    there was a knife because Meri Aumick told him
18    there was a knife.
19        So the note that he disarmed him with
20    one hand, again implausible, causes me to doubt
21    any and all. And that's probably the nature of
22    my background to do that, but that is
23    specifically -- I believe he made up the first
24    page of the report.
25 Q  Regardless if he did or didn't, what relevance



| | | |
|---|---|---|
| 1 | | does that have to your opinions about the |
| 2 | | restraint technique that -- or whether the |
| 3 | | restraint technique should have or shouldn't have |
| 4 | | been used? |
| 5 | A | It doesn't affect that at all. |
| 6 | Q | Okay. |
| 7 | A | No matter what he said on page one of the report, |
| 8 | | the prone restraint for an extended period should |
| 9 | | not have been used. |
| 10 | Q | Right. |
| 11 | A | Because -- |
| 12 | Q | So you would agree with me that whatever occurred |
| 13 | | with the knife and Shane Aumick prior to what we |
| 14 | | see on the video, whether it did or didn't |
| 15 | | happen, is irrelevant to your analysis about the |
| 16 | | restraint technique used by Mr. Berkshire? |
| 17 | A | The relevance is drawn from the validity of his |
| 18 | | report in total. |
| 19 | Q | Okay. |
| 20 | A | That's how I draw relevance. |
| 21 | Q | It has nothing to do with your opinions about the |
| 22 | | proper restraint techniques that should have or |
| 23 | | should have not been used; is that fair? |
| 24 | A | No.  I am steadfast that the extended prone |
| 25 | | restraint is not advisable. |

