IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RACHEL AUMICK, Individually and on behalf of the Heirs at Law of SHANE AUMICK, deceased, | )<br>)<br>) |
| Plaintiff, | ) |
| V. | ) Case No. 6:21-cv-03072-BP |
| CITY OF AVA, MISSOURI, OFC. KALEB BERKSHIRE, LESTER E. COX MEDICAL CENTERS d/b/a COXHEALTH CENTER AVA, and STEPHEN WOOD, | )<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S DESIGNATIONS OF EXPERT WITNESSES

COMES NOW Plaintiff, by and through counsel of record, and for her designation of expert witnesses states the following:

1. Colonel Hugh L. Mills, Jr.
   11300 N. Robinhood Lane
   Kansas City, Missouri 64154

   *See* Colonel Mills' expert report materials attached hereto.

2. Lee E. Morrow, M.D.
   Creighton University College of Medicine
   Department of Internal Medical
   Division of Pulmonary, Critical Care & Sleep Medicine
   Creighton University Education Building
   7710 Mercy Road, Suite 401
   Omaha, Nebraska 68124

   *See* Dr. Morrow's expert report materials attached hereto.

3. Joshua Deese, NRP, EMT-P
   723 SE 31st Avenue
   Ocala, Florida 34471

   *See* Paramedic Deese's expert report materials attached hereto.

1

**Exhibit B**

4. Samuel K. Caughron, MD FCAP
   MAWD Pathology Group
   9705 Lenexa Drive
   Lenexa, Kansas 66215

   Upon agreement of the parties, Dr. Caughron's expert report materials will be produced on or before January 21, 2022.

5. Plaintiff reserves the right to rely on the testimony of any of the Defendants' experts. Furthermore, Plaintiff reserves the right to rely on the testimony of any of the Defendants' hybrid fact and/or expert witnesses.

6. Plaintiff reserves the right to call any rebuttal expert(s) as necessary in the above-captioned cause.

Respectfully submitted,

LAUREN ALLEN, LLC
By:/s/ *Lauren Perkins Allen*
Lauren Perkins Allen, #49845
4717 Grand Ave., Ste. 130
Kansas City, Missouri 64112
T: 816.877.8120
F: 816.817.1120
Email: lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**