To whom it may concern:

I am writing this expert disclosure after reviewing body camera footage, the EMS report, the Ava Police Department report, autopsy photos, the Medical Examiner report, the toxicology report, and the appropriate depositions from the incident in question. My experience and credentials in this review include seven years of pre-hospital experience working for an advanced life support fire department, as a firefighter/paramedic, and eight years experience working in an emergency room as a critical care paramedic. I graduated, with honors, from the College of Central Florida in 2010. I have been licensed and have worked as a paramedic in the state of Florida as well as Missouri, and I am a Nationally Registered Paramedic with a national license.

After my review of the evidence provided to me, it is my professional opinion that there was negligence and deviation from the standard of care from the first on scene paramedic, Steve Wood. As part of our training to become paramedics, the first thing that we are taught is a phrase that comes from Latin, "Primum non nocere", or "first, do no harm".

As a paramedic, our first job is to be an advocate for our patient. It is our duty, responsibility, and moral obligation to make sure that the patient is safe and taken care of at all times. During his deposition, Steve Wood stated on multiple occasions that the deceased was not his patient until after he placed him on his ALS cardiac monitor. After my review of the video provided, it is my professional opinion that this was not the case.



**Exhibit C**

In the body worn police officer video, Steve Wood can be seen arriving on scene, and holding the legs of Shane Aumick without being instructed to do so. This is not something that would be policy or procedure for any department that I have worked for or with at any time. During this initial arrival to Shane, Mr. Wood does ask about all of the blood that can be seen on the scene, and where it came from. The police officer responds that it is from Mr. Aumick. He does a visual inspection, but does not assess for any life threatening bleeding that may be happening. At this point in time, it is my professional opinion that Shane Aumick was under the medical care of paramedic Steve Wood.

There is a moment of about four minutes in the body worn video where Shane Aumick stops talking and moving, and stops resisting arrest. Not one time during this four minute period did Steve Wood assess Shane Aumick in any way. He did not make sure that his airway, breathing, and circulation were maintained at all times during the contact with Shane. After Shane is flipped over, it takes much longer than it should to assess that the patient does not have respirations or a pulse, and to start CPR. The police officer felt multiple times for a pulse, and is even heard in the video saying "I don't feel a pulse". At this moment in time, CPR should have been started. It takes several more minutes for Shane to be placed on a monitor to confirm that he did not have a pulse. These were very important minutes in time where Shane was not receiving any medical care at all, while he was in cardiac arrest. These moments of video are important to my opinion that had these factors been maintained or identified sooner, cardiac arrest might have easily been avoided.

Also during the video, and the statement from the police officer, he stated that he had his knee placed on Shanes back. Due to the placement of his knee, it is very possible that Shane was not getting adequate respirations and oxygen, thus causing his sudden cardiac arrest. During the several minute period of time when Shane is silent, my opinion is that Mr. Wood should have recognized that Shane was not moving, not breathing, and did not have a pulse.

The photos that I reviewed also show a significant amount of blood on the door, porch, and on Shane and his clothing. After the police officer confirmed that it was from Shane, I believe Mr. Wood should have at least checked the extent of the injuries to rule out any life threatening bleeding. For Mr. Wood to say that Shane was not his patient until he placed him on the ALS monitor would mean that Mr. Wood noticed all of the blood, and discredited it, something that could have resulted in him succumbing to his injuries.

After reviewing all of the evidence provided to me, it is my opinion that Mr. Wood failed to meet the standard of care for Mr. Shane Aumick. Had some of the crucial moments of time not passed as a result of Mr. Woods' failure to act, the outcome might have been different.

Should further evidence become available to me, at any time, I reserve the right to supplement my report based on that evidence.

Please let me know if you have any additional questions regarding my review of this case.

Joshua Deese, NRP, EMT-P

723 Southeast 31st Avenue

Ocala, Florida 34471