To Whom It May Concern:

I.       INTRODUCTION

1.       I, Samuel K. Caughron, M.D., submit this expert report on behalf of the heirs of Shane Aumick.

2.       I have been asked to provide a statement of my opinions, based on my experience, education, training in pathology, medical knowledge, and review of certain provided materials, regarding the manner of death for Shane Aumick.

II.      QUALIFICATIONS AND EXPERIENCE

3.       I am currently the Chair of Pathology for Advent Health Kansas City, Medical Director of the Laboratory for Advent Health Shawnee Mission and President and CEO of MAWD Pathology Group in Kansas City.  I also serve on the Board for the Association for Molecular Pathology (AMP), the Board for the Kansas City Medical Society, I am Vice-President for the Missouri Society of Pathologists and I am on the Board of the Kansas City Guild of the Catholic Medical Association.

4.       My primary office is located within the Department of Pathology at Advent Health Shawnee Mission (9100 W 74th St, Merriam, KS 66204).  I have a secondary office at the MAWD Administrative location (14425 College Blvd, Suite 130, Lenexa, KS 66215).

5.       I earned my Medical Degree (M.D.) from Creighton University in Omaha, Nebraska in 2002. I completed my residency in Anatomic and Clinical Pathology at Creighton University in Omaha, Nebraska in 2006. I completed a fellowship in Molecular Genetic Pathology at Vanderbilt University in Nashville, Tennessee in 2007.

6.       I have maintained continuous certifications by the American Board of Pathology in Anatomic and Clinical Pathology and Molecular Genetic Pathology since 2007.

Exhibit F

7. Additional details regarding my training, clinical experience, research, and publications are provided in my curriculum vitae, Attachment A.

8. I have not testified as an expert at trial or by deposition in the last five years.

9. I receive $575 per hour for consultations and testimony rendered during the course of the case. My compensation does not depend on the opinions rendered nor the outcome of this case.

### III. MATERIALS REVIEWED

10. In forming my opinion, I have reviewed the materials outlined in Attachment B.

### IV. GENERAL OPINIONS

11. In my opinion, and to a reasonable degree of medical certainty, if Shane Aumick is determined to have died by cardiac arrest or another physiologic process, which process was itself caused by positional asphyxia, then the manner of death for Shane Aumick would be classified as homicide.

12. Shane Aumick's positional asphyxia leading to death would be the direct result of a volitional act committed by another person. Put another way, absent the volitional acts committed by another person, Shane Aumick would not have suffered positional asphyxia and died. His positional asphyxia would be directly caused by the volitional acts of another human by having his hands bound behind his back, being placed in the prone position and having his arms raised while also having his thoracic mobility compromised by the act of kneeling on his body.

13. In my opinion, and to a reasonable degree of medical certainty, under the condition Shane Aumick's cause of death is determined to be the result of positional asphyxia, it would be inappropriate to classify Shane Aumick's manner of death as "natural", "suicide", "accidental" or "unclassified/undetermined".

14. Classification of Shane Aumick's manner of death as "homicide" does not in itself determine the criminality of any event related to his death, either through commission or omission. It is simply the determination that his death was due to the direct result of a volitional act committed by another person.

V. **RATIONALE FOR OPINIONS**

15. The manner of death of any human specifies the *kind* of death that took place. It does not identify the specific cause of death, but rather speaks to the nature of the events that took place and resulted in the death of the individual.

16. By widely accepted custom and by establishment in most states, the manner of death for any individual can be classified as "natural", "accident", "homicide", "suicide" or "unclassified/undetermined".

17. Any death that is the direct result of the volitional act of another human is appropriately classified as "homicide", or death caused by another human.

18. It is important to note that classification of the manner of death as "homicide" does not provide any further implication about whether the death was the result of any criminal act. Although the word "homicide" may suggest to some the presence of a criminal act of some sort, it is not necessarily so. For example, the death of an individual convicted of a heinous crime and subjected to capital punishment would also be classified as "homicide" by medical examination, even though when carried out after due process and permitted by appropriate law it is obviously not criminal.

19. If Shane Aumick's death was caused by positional asphyxia, because the positional asphyxia was the direct result of the volitional acts that were used to restrain him during his encounter

with law enforcement then, from a medical examiner's perspective, the manner of his death would be classified as "homicide".

20. The intent of those restraining Shane Aumick is irrelevant to the manner of death. Whether the actions were criminal or not would be subject to separate determination.

21. The National Associate of Medical Examiners (NAME) is "the premier professional organization for medical examiners, forensic pathologists, and medicolegal affiliates and administrators."[1] In February 2002, NAME published the First Edition of "A Guide For Manner of Death Classification." On page 11 of the publication, in paragraph 16 under the heading "Principles and recommendations for specific types of cases", the following is written:

> "**Deaths due to positional restraint induced by law enforcement personnel or to choke holds or other measures to subdue** may be classified as **Homicide.** In such cases, there may not be intent to kill, but the death results from one or more intentional, volitional, potentially harmful acts directed at the decedent (without consent, of course)."[2]

## V.  SUMMARY OPINION

22. If Shane Aumick's cause of death is established to be the result of positional asphyxia, then the manner of death would be classified as "homicide".

Signed this 21st day of January, 2022.

_____
Samuel K. Caughron, MD FCAP

---

[1] https://www.thename.org; accessed 1/21/22
[2] Hanzlick R, Hunsaker III JC, Davis GJ.  <u>A Guide For Manner of Death Classification - First Edition.</u> NAME Publication online 2/2002.  Full document provided separately.

# Samuel K. Caughron, MD FCAP  *Curriculum Vitae*
scaughron@mawdpathology.com

## Personal Information

| | |
|---|---|
| Work | MAWD Pathology Group |
| | 14425 College Blvd, Suite 130, Lenexa, Kansas 66215 |
| | (913) 396-8509   Fax: (913) 495-9759 |
| | scaughron@mawdpathology.com |
| Home | 9701 E 137th Street, Kansas City, Missouri 64149 |
| | (913) 735-9701 |
| | scaughron@gmail.com |

## Professional / Business Experience

| | |
|---|---|
| 2009 – Present | **Advent Health Kansas City** – Kansas City |
| | Chair of Pathology |
| | Medical Director of Laboratory |
| 2009 – Present | **MAWD Pathology** – Kansas City |
| | President & CEO |
| | Founding Director, MAWD Molecular Laboratory |
| 2007 – 2009 | **Yellowstone Pathology Institute, Inc.** – Billings, Montana |
| | Anatomic & Clinical Pathologist |
| | Founding Director, Molecular Genetic Pathology Laboratory |
| 1990 – 2016 | **Ciscare, Inc.** (est. 2005); **Proteron, LLC** (est. 1997); **Samat Software** (est. 1990) |
| | Founder and leader of companies doing software development in multiple verticals, including healthcare, digital audio and OS/user experience |

## Education & Training

| | |
|---|---|
| 2006 – 2007 | **Vanderbilt University Medical Center** – Nashville, Tennessee |
| | Fellowship in Molecular Genetic Pathology |
| 2002 – 2006 | **Creighton University Medical Center** – Omaha, Nebraska |
| | Anatomic and Clinical Pathology Residency, Chief Resident 2005-2006 |
| 1998 – 2002 | **Creighton University School of Medicine** – Omaha, Nebraska |
| | Doctor of Medicine, May 2002 |
| 1996 – 1997 | **Creighton University** – Omaha, Nebraska |
| | Medicine prerequisites |
| 1992 – 1996 | **Thomas Aquinas College** – Santa Paula, California |
| | Bachelor of Arts in Liberal Arts, June 1996 |

## Areas of Expertise

Molecular pathology including cancer biomarkers, next generation sequencing (NGS) and economic issues; translating advanced diagnostics into viable solutions for improving patient care in a community setting; anatomic pathology with subspecialty interest in solid tumors; laboratory medicine including clinical test utilization; health information technologies; laboratory and pathology coding; healthcare leadership; laboratory economics; community pathology

### Certifications / Licenses

Anatomic and Clinical Pathology, American Board of Pathology (Exp: 2027)
Molecular Genetic Pathology, American Board of Pathology (Exp: 2027)
New York State Dept. of Health Certificate of Qualification (CQ): Endocrinology, Genetic Testing, Oncology - Soluble Tumor Markers, Oncology – Molecular and Cellular Tumor Markers, Therapeutic Substance Monitoring/Quantitative Toxicology
Active Medical Licenses: Missouri, Kansas, Montana, Wyoming, Nebraska, Oklahoma

### Professional Membership

| | |
|---|---|
| American Medical Association (AMA) | College of American Pathologists (CAP) |
| American Pathology Foundation (APF) | Kansas City Society of Pathologists (KCSP) |
| American Society of Clinical Pathology (ASCP) | Kansas Society of Pathologists (KSP) |
| American Society of Clinical Oncology (ASCO) | Missouri Society of Pathologists (MSP) |
| Association for Molecular Pathology (AMP) | Missouri Medical Society (MMS) |
| Catholic Medical Association (CMA) | Kansas City Medical Society (KCMS) |

### Committees and Service : Professional

| | |
|---|---|
| 2022 – Present | Kansas City Medical Society, Board Member |
| 2021 – 2021 | AMP COVID Response (ACR) Steering Committee, Member |
| 2020 – Present | American Medical Association (AMA), Genomic Payment Advisory Group Co-chair |
| 2019 – Present | Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) |
| 2015 – Present | Association for Molecular Pathology (AMP) Economic Affairs Committee (EAC), Chair |
| 2017 – Present | Kansas Medicare Carrier Advisory Committee, Pathology Representative |
| 2015 – Present | AMP Board of Directors, Board Member |
| 2009 – Present | CMA Guild for Kansas City, Board Member (2009-Present), President (2013 – 2016) |
| 2010 – Present | Missouri Society of Pathologists (MSP), Vice-President (2014-2020), Board Member |
| 2012 – 2019 | American Pathology Foundation (APF), Board Member |
| 2017 – 2018 | American Society for Clinical Pathology (ASCP), Dx Toolkit Lung Steering Committee |
| 2012 – 2014 | Association of Community Cancer Centers (ACCC), Medical Advisory Board Member |
| 2008 – 2014 | CAP Personalized Healthcare Committee, Vice-Chair 2011 – 2013 |
| 2012 – 2014 | AMP Nominating Committee |
| 2010 – 2014 | AMP Economic Affairs Committee, Member, Co-chair |
| 2011 – 2013 | CAP Transformation Program Office Steering Committee (TPOSC) |
| 2010 – 2011 | CAP Technology Assessment Committee |
| 2009 | Montana Medicare Carrier Advisory Committee, Pathology Representative |
| 2008 – 2009 | CAP Information Science and Technology Council |
| 2006 – 2007 | College of American Pathologists (CAP) Board of Governors, *ex officio* member |
| 2006 – 2008 | CAP Residents Forum Executive Committee, Chair, Immediate Past Chair |
| 2006 – 2007 | CAP Council on Membership and Professional Development, Junior Member |
| 2005 – 2006 | CAP Council on Government and Professional Affairs, Junior Member |
| 2004 – 2006 | CAP Residents Forum Executive Committee, Delegate to the House of Delegates |

**Committees and Service : Hospital and University**

| | |
|---|---|
| 2020 – Present | Advent Health COVID-19 Lab Testing Governance |
| 2020 – Present | Advent Health EPIC Implementation Team, Lab Rapid Decision Group Member |
| 2011 – Present | Medical Executive Committee, Advent Health Shawnee Mission (AHSM), Mission, KS |
| 2011 – Present | Cancer Committee, Chair (2016-Present), AHSM |
| 2015 – 2019 | Professional Culture Committee, AHSM |
| 2011 – 2017 | Breast Cancer Advisory Committee, AHSM |
| 2007 – 2009 | Ethics Committee, St. Vincent Hospital (SVH), Billings, MT |
| 2007 – 2009 | Informatics Committee, SVH |
| 2005 – 2006 | Graduate Medical Education Committee, Creighton University, Omaha, NE |
| 2005 – 2006 | House Staff Council, Creighton University |
| 2002 – 2003 | Health Information Committee, Creighton University Medical Center, Omaha, NE |
| 1999 – 2002 | Founding President, Creighton Catholic Medical Student Association, Omaha, NE |

**Publications : Peer Reviewed**

• Tawfik OW, Subramanian J, Caughron SK, Mana P, Ewing E. Challenges in Pathology Specimen Processing in the New Era of Precision Medicine. Arch Pathol Lab Med Advance Publication August 2021. doi: 10.5858/arpa.2021-0089-OA.
• Sireci AN, Patel JL, Joseph L, Hiemenz MC, Rosca OC, **Caughron SK**, Thibault-Sennett SA, Burke TL, Aisner DL. Molecular Pathology Economics 101: An Overview of Molecular Diagnostics Coding, Coverage, and Reimbursement: A Report of the Association for Molecular Pathology. J Mol Diagn. 2020 Aug;22(8):975-993.
• Joseph L, Cankovic M, **Caughron S**, Chandra P, Emmadi R, Hagenkord J, Hallam S, Jewell KE, Klein RD, Pratt VM, Rothberg PG, Temple-Smolkin RL, Lyon E. The Spectrum of Clinical Utilities in Molecular Pathology Testing Procedures for Inherited Conditions and Cancer: A Report of the Association for Molecular Pathology. J Mol Diagn. 2016 Sep;18(5):605-19.
• Yohe SL, Carter AB, Pfeifer JD, Crawford JM, Cushman-Vokoun A, **Caughron S**, Leonard DG. Standards for Clinical Grade Genomic Databases. Arch Pathol Lab Med. 2015 Nov;139(11):1400-12.
• Crawford JM, Bry L, Pfeifer J, **Caughron SK**, Black-Schaffer S, Kant JA, Kaufman JH. The business of genomic testing: a survey of early adopters. Genet Med. 2014 Dec;16(12):954-61
• Moyer A, **Caughron SK**, Misialek M, Nowak J. Emerging concepts in the diagnosis of respiratory viruses: short presentation on emerging concept(SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• Hicks D, **Caughron SK**, Misialek M, Moyer A, Nowak J. Emerging concepts in molecular testing in breast cancer: short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• **Caughron SK**, Foo WC, Nowak J, Witte D. Emerging concepts in the workup of colorectal cancer: short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• **Caughron SK**, Foo WC, Nowak J, Witte D, Emerging concepts in therapeutic guidance for metastatic melanoma: short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• Foo WC, **Caughron SK**, Nowak J, Witte D. Emerging concepts in the diagnosis and workup of thyroid cancer: short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• Witte D, Bagg A, **Caughron SK**, Foo WC, Nowak J. Emerging concepts in the workup of polycythemia and thrombocythemia: JAK2: short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: College of American Pathologists; 2013.
• Nowak J, **Caughron SK**, Foo, WC, Witte D. Emerging concepts in colorectal cancer: hereditary nonpolyposis colorectal cancer (Lynch Syndrome): short presentation on emerging concept (SPEC) [PowerPoint presentation]. Northfield, IL: college of American Pathologists; 2013.

• Stevens TM, **Caughron SK**, Dunn ST, Knezetic J, Gatalica Z. Detection of high-risk HPV in head and neck squamous cell carcinomas: comparison of chromogenic in situ hybridization and a reverse line blot method. Appl Immunohistochem Mol Morphol. 2011 Dec;19(6):574-8.

• Shanesmith R, Allen RA, Moore WE, Kingma DW, **Caughron SK**, Gillies EM, Dunn ST. Comparision of Two Line Blot Assays for Defining HPV Genotypes in Oral and Oropharyngeal Squamous Cell Carcinomas. Diagn Microbiol Infect Dis. 2011 Jun;70(2):240-5. Epub 2011 Mar 9.

• Kingma DW, Allen RA, Moore W, **Caughron SK**, Melby M, Gillies BM, Marlar RA, Dunn ST. HPV Genotype Distribution in Oral and Oropharyngeal Squamous Cell Carcinoma Using Seven In Vitro Amplification Assays. Anticancer Res 2010; 30:5099-104.

• Kingma DW, Allen RA, **Caughron SK**, Melby M, Moore W, Gillies BM, Marlar RA, Dunn ST: Comparison of molecular methods for detection of HPV in oral and oropharyngeal squamous cell carcinoma. Diag Mol Path. 2010 Nov 4:19:218-23.

• Fraga GR, **Caughron SK**. Cutaneous myelofibrosis with JAK2 V617F mutation: metastasis, not merely extramedullary hematopoiesis! Am J Dermatopathol. 2010 Oct;32(7):727-30.

• Vranic S, **Caughron SK**, Djuricic S, Bilalovic N, Zaman S, Suljevic I, Lydiatt W, Emanuel J, Gatalica Z. Hamartomas, teratomas and teratocarcinosarcomas of the head and neck: Report of 3 new cases with clinico-pathologic correlation, cytogenetic analysis, and review of the literature. BMC Ear, Nose and Throat Disord. 2008 Nov 24;8:8. doi: 10.1186/1472-6815-8-8.

• Mark HL, Sotomayor EA, Nelson M, Chaves F, Sanger WG, Kaleem Z, **Caughron, SK**. Chronic idiopathic myelofibrosis (CIMF) resulting from a unique 3;9 translocation disrupting the janus kinase 2 (JAK2) gene. Exp Mol Pathol. 2006 Dec;81(3):217-23.

• **Caughron SK**, Bridge JA, Bewtra CB, Hunter WJ, Nelson M, Soundararajan SS, Silva E, Gatalica Z. Monosomy 22 as a Diagnostic Aid in a Case of Late Recurrence of Adult Granulosa Cell Tumor of the Ovary. Cancer Genet Cytogenet. 2005 Jan 1;156(1):83-5.

## Publications : Abstracts and Posters

• Shane-Smith R, Allen, RA, Moore, W, Kingma, DW, **Caughron, SK**, Gillies, BM, Dunn, ST. Comparison to two linear array assays for defining HPV genotypes in oral and oropharyngeal squamous cell carcinomas. Abstract #0698. 26th International Papillomavirus Conference, July, 2010.

• Kingma D, Allen R, **Caughron S**, Melby M, Moore W, Gillies, B, Marlar R, Dunn ST. Comparison of Molecular Methods for Detection of HPV in Oral and Oropharyngeal Squamous Cell Carcinoma. AMP 2009 Annual Meeting.

• **Caughron S**, Caughron A. The Use Of Wireless Handheld Devices To Improve Availability Of Inpatient Results At An Academic Center And Its Cost Benefit Analysis. November 2005. Poster presentation at the 2005 World Health Innovation and Technology Congress in Washington, DC.

• Kaleem Z, **Caughron S**, Loggie B, Gatalica Z. DNA Ploidy Analysis by Flow Cytometry Can Help Distinguish Peritoneal Mucinous Carcinomatosis from Disseminated Peritoneal Adenomucinosis in Patients with Pseudomyxoma Peritonei. 2004. Poster presentation at 2004 CAP Annual Meeting.

• Kaleem Z, **Caughron S**, Loggie B, Gatalica Z. Diagnostic Utility of p53 and Ki-67 Labeling Indices and Flow Cytometric DNA Ploidy Analysis in the Distinction of Well Differentiated Peritoneal Mesotheliomas from Reactive Mesothelial Proliferations. 2004. Poster presentation at 2004 ASCP Annual Meeting.

• **Caughron SK**. A Prototype for the Development of Secure Wireless Solutions Deployed on Handheld Devices. 2003. Abstract presented as E-Poster at APIII.

• Jurrens T, Lee N, Adickes E, **Caughron S**, Sobota K. Fulminant Toxoplasmosis in a Previously Healthy Adult with Undiagnosed HIV Disease. 2003 poster presentation.

## Publications : Software Titles

• **LARA (Live Anywhere Record Access)**. Sole developer, original software. System that provides real-time, wireless access to patient information (lab, vital signs, reports, etc.) using handheld devices. Licensed and supported by Ciscare, Inc, Omaha, Nebraska. First deployed November 2004 at Creighton University.
• **Antibiogram for the Palm OS™**. Sole developer. Supports antibiograms from multiple sites with listing by organism or antibiotic. Personally published for Creighton and other sites, 2004-2006.
• **LiteSwitch X** (aka. LiteSwitch). Co-developed Mac OS X version with Ammon Skidmore; sole developer of original version. Windows style keyboard switching for the Macintosh. Published by Proteron LLC, Omaha, Nebraska. Originally released in 1997.
• **Kelby's Notes for Photoshop** and **Kelby's Notes for Mac OS X**. Lead developer. Integrated question driven help system adapted for both Adobe Photoshop and Mac OS X with content by book author Scott Kelby. Custom developed for Hallmark Cards and published by National Association of Photoshop Professionals, Oldsmar, Florida. Originally released 2002 (Photoshop) and 2003 (Mac OS X).
• **PRX Encoder**. Sole developer. Digital audio encoder for creation of public radio content on the Mac OS. Published by Public Radio Exchange, Cambridge, Massachusetts. Originally released in 2003.
• **N2MP3 Professional** (aka. N2MP3). Sole developer. High quality digital audio encoder for the Macintosh. Published by Proteron LLC, Omaha, Nebraska. Originally released in 1999.
• **MacMP3 v4** (aka. MacMP3). Sole developer of encoding component. Digital audio player and encoder for the Macintosh. Published in Japan by Act2, Tokyo, Japan. Originally released in 1999.
• **ACTION GoMac** (aka. GoMac). Sole developer. Windows style taskbar for the Macintosh. Published by Power On Software, New Albany, Ohio. Originally released by Proteron LLC in 1997.
• **OneShot Worksheet.** Sole developer. Free form page layout spreadsheet for the Macintosh. Published by Baseline Publishing, Memphis, Tennessee. Originally released in 1991.

## Research Interests and Grants

• **Vanderbilt Clinical and Translational Research Enhancement Award.** Fall 2006. Awarded funding up to $3000 from the Department of Pathology at Vanderbilt University to develop a novel assay for detection and investigate the clinical significance to CMPDs with the JAK2 V617F mutation.
• **Molecular Pathology**. June 2005. Awarded the Training in Technology Award from the CAP Foundation to support the development of a breakapart FISH probe for the JAK2 gene (9p24). The probe was developed in cooperation with Dr. Warren Sanger at the University of Nebraska Medical Center. I also assisted Creighton's mico lab to develop home-brew RT-PCR for detection of the influenza A virus.
• **Integration of health information systems with handheld devices**. At Creighton University I developed a platform independent, secure system for the wireless delivery of patient information to handheld devices. The project was funded by the Creighton Department of Pathology under a proposal for $48,000. The project (Live Anywhere Record Access, LARA) was completed in Nov 2004 and is currently deployed with over 250 physician users at the Creighton University Medical Center. A company, Ciscare, was founded in 2005 to provide ongoing marketing and support.
• **Automated electronic reporting of notifiable conditions**. I worked with the State of Nebraska, Department of Health and Human Services on the automatic detection and reporting of notifiable conditions using standards for transport and medical vocabulary (NEDSS, PHIN-MS, LOINC, SNOMED, etc.). I was funded $1600 for travel to the Public Health Information Network (PHIN) Shareholders Meeting in Atlanta, Georgia in June 2004. Additional funding for $25,000 was used to implement a completely automated electronic lab reporting (ELR) system at the Creighton University Medical Center. The system has been functional in production since January 2006.

## Selected Teaching / Presentations

12/08/2020 – FDA/CMS Summit Invited Panelist, "Evolving Diagnostic Testing to Support Treatment Decision-Making," Virtual Conference Invited Speaker and Panelist
11/23/2020 – Gynecologic Pathology Update, "HRD Testing In Ovarian Cancer: A Pathologist Perspective," King Faisal Specialist Hospital & Research Centre, Riyadh, Saudi Arabia, Virtual Presentation
11/17/2020 – AMP 2020 Annual Meeting, "Laboratory Economics During a Public Health Emergency: Lessons Learned (and still learning) from the COVID-19 Pandemic," Virtual Meeting
05/07/2020 – CAP TODAY Webinar, "Universal Testing for HRD in Ovarian Cancer: A Pathologist's Perspective," National Webinar
08/21/2019 – Next Generation Dx Summit, "Update on Coverage and Reimbursement from AMP's Economic Affairs Committee (EAC)," Washington, DC
07/10/2019 – Mercy Hospital Joplin Grand Rounds, "Molecular Biomarker Testing in Cancer: Emerging Scientific and Practical Considerations for Implementing Precision Medicine," Joplin, MO
06/04/2019 – Illinois Society for Microbiology (ISM) Annual Meeting, "Update on the Economics Landscape for Molecular Infectious Disease Testing," Chicago, IL
04/15/2019 – American Pathology Foundation (APF) Coding & Practice Management Seminar, "Molecular Pathology: Applying Coding Guidelines to Clinical Processes," New Orleans, LA
03/07/2019 – Clinical Lab Managers Association (CLMA), "Let's Talk About the Economics of Molecular Testing," Olathe, KS
11/02/2018 – Association for Molecular Pathology (AMP) Infectious Disease Subdivision Town Hall, "Economic Affairs Committee (EAC) Advocacy for Molecular ID," San Antonio, TX
07/26/2018 – American Cancer Society (ACS), "Cancer Care: Advances in Diagnosis and Treatment," Kansas City, MO
03/01/2018 – Sponsored dinner presentation and roundtable discussion, "Biomarker Testing & Liquid Biopsies – What is Standard of Care in a Community Oncology Setting?" Bozeman & Billings, MT
11/17/2017 – AMP Annual Meeting Innovations Spotlight Presentation, "Current and Emerging Biomarkers in Immuno-Oncology," Salt Lake City, UT
11/17/2017 – AMP Annual Meeting, "Coding (and Other) Conundrums," Salt Lake City, UT
10/17/2017 – Shawnee Mission Medical Center Grand Rounds, "The Genetics of Cancer – A Family Discussion," Shawnee, KS
05/24/2017 – Olathe Medical Center Grand Rounds, "The Genetics of Cancer – A Family Discussion," Olathe, KS
03/03/2017 – Clinical Lab Managers Association (CLMA) Summit on Molecular & Genetic Medicine, "Introduction to Molecular Testing for Cancer Diagnostics," Olathe, KS
02/28/2017 – Kansas City Society of Pathologists, "Liquid Biopsies: A Brief Overview," Kansas City, MO
09/15/2016 – Olathe Medical Center Grand Rounds, "Breast Cancer in the Era of Genomic Medicine"
09/10/2016 – Heartland Regional SGNA Fall Conference, "What Advances in Molecular Genetics Mean for Cancer Care in the GI Tract," Kansas City, MO
06/10/2016 – American Association of Professional Coders of Kansas City, "Diagnosing and Treating Cancer in the Molecular Age," North Kansas City, MO
01/16/2016 – Texas Society of Pathologists Annual Meeting, "I'm a busy community pathologist! What do I need to know about Molecular Pathology test requests?" Dallas, TX
04/14/2015 – Annual Laboratory Directors Conference, Adventist Health Systems, "Paradigm Shifts in the Laboratory," Chicago, IL
12/09/2014 – 6[th] Annual Diagnostics and Reimbursement Conference, "MoPath Codes for Next-Generation Sequencing (NGS) Technologies," Cambridge, MA
05/14/2014 – Kansas Society of Pathologists Annual Meeting, "Update on Molecular Testing for Common Tumors," Overland Park, KS
04/26/2014 – Virginia Association of Hematologists and Oncologists (VAHO) Annual Meeting, "Integrating Molecular Testing for Oncology – Next Steps," Charlottesville, VA
04/15/2014 – Missouri Clinical Lab Scientists Meeting, "Molecular Pathology: Today and Tomorrow"

10/30/2013 – Kansas Society of Clinical Oncologists (KaSCO) Annual Meeting, "Integrating Molecular Testing for Oncology – Next Steps"
10/01/2013 – Invited Speaker, Adventist Health Systems Lab Directors Conference, "Molecular Pathology"
06/27/2013 – Association of Community Cancer Centers, Online Webinar, "Molecular Testing: Trends and Best Practices"
03/04/2013 – USCAP Annual Meeting, APF Companion Meeting, Invited Panel Participant, "Meeting the Leadership and Management Challenges Facing the Pathologist of the Future"
12/19/2012 – Storemont-Vale Healthcare, "Current Molecular Testing for Common Malignancies", Topeka, Kansas
12/19/2012 – St. Francis Hospital, "Advances in the Workup of Metastatic Cancer", Topeka, Kansas
12/04/2012 – "Diagnostic and Surgical Advances in the Management of Non-small Cell Lung Cancer", Shawnee Mission Medical Center Grand Rounds, Shawnee, Kansas
09/18/2012 – AAPC Topeka Chapter Meeting, "Molecular Pathology for Coders", Topeka, Kansas
04/17/2012 – Kansas City Derm Society, "What Every Dermatologist Should Know About Molecular Testing in Skin Lesions," University of Kansas Campus, Kansas City, Kansas
03/19/2012 – USCAP Annual Meeting, Sponsored Lunch Presentation "Advances in Biomarker Testing for NSCLC", Vancouver, BC, Canada
03/02/2012 – APF Annual Meeting, "Implementing New Molecular Tests While Controlling Costs: Can it be Done?" San Diego, California
09/13/2011 – CAP 2011 Annual Meeting (CAP'11), "TP120 - What Every Community Pathologist Should Know About Clinical Requests for Molecular Tests"
08/29/2011 – Vanderbilt University, "Establishing Tissue of Origin Through Molecular Technologies"
05/23/2011 – Wichita City Wide Breast Conference, "Translating Gene Expression Patterns Into Validated Tumor Stratification Assays"
05/16/2011 – Springfield Oncology Nurses Society, "Using Gene Expression as an Aid to Diagnosis of Cancer"
04/09/2011 – Missouri Society of Pathologists Annual Meeting, "Current and Emerging Molecular Testing for Common Cancers"
03/18/2011 – Research Medical Center Oncology Nursing, "Making Sense of the Molecular Maelstrom"
02/22/2011 – Greater Kansas City Oncology Nursing Society, "Making Sense of the Molecular Maelstrom"
12/13/2010 – MD Anderson Cancer Center, Multidisciplinary Colorectal Clinical Translational Research Conference, "Using Gene Expression as an Aid to Diagnosis of Cancer"
11/07/2010 – AMA Specialty and Service Society, AMA Interim Meeting, San Diego, CA, "Delivering on the Promise of Personalized Medicine"
09/27/2010 – CAP 2010 Annual Meeting (CAP'10), "ST101 – You Can Do It Yourself! Molecular Testing for Community Pathologists"
06/23/2010 – North Kansas City Hospital, "Personalized Medicine: Practicing in the Genomic Era"
06/15/2010 – Shawnee Mission Medical Center, "Personalized Medicine: Practicing in the Genomic Era"
03/18/2010 – Kansas City Histology Society, "Molecular Pathology, Issues and Impact on Histology"
12/02/2009 – CAP Personalized Healthcare Webinar Series, "Personalized Pathology: PHC in the General Pathology Practice"
10/11/2009 – CAP 2009 Annual Meeting (CAP'09), "ST108 - You Can Do It Yourself! Molecular Testing for Community Pathologists"

**Yellowstone Pathology Institute, Billings, Montana**
04/30/2009 – Montana Cancer Registrars Association, "Molecular Studies in Oncology"
01/28/2009 – Montana Association of Female Executives, "Precision Healthcare, The Promise of Molecular Medicine"
05/08/2008 – Lewistown, MT, "Breast Cancer Update"
01/08/2008 – Northwest Rockies Regional Conference for Medical Technologists, "Molecular Pathology: What, Why and Who Cares?"

**Vanderbilt University**, Nashville, Tennessee
07/16/2006 – Clinical Case Conference, "RT-PCR for Rapid Detection of Bordatella Pertussis"
06/29/2007 – Clinical Case Conference, "Loss of Heterozygosity in Gliomas"

06/18/2007 – Clinical Case Conference, "Molecular Testing for BCL2"
05/11/2007 – Laboratory Grand Rounds, "JAK2 in the Chronic Myeloproliferative Disorders"
12/18/2006 – Clinical Case Conference, "Molecular Testing for Williams Syndrome"
12/03/2006 – Clinical Case Conference, "Microsatellite Instability in Colorectal Cancer"
11/20/2006 – Clinical Case Conference, "Hepatitis C – Diagnosis and Genotyping by Molecular Methods"

**Creighton University**, Omaha, Nebraska
02/15/2006 – PTG105 School of Pharmacy and Allied Health Sciences, "Diseases of the Female Breast"
02/13/2006 – PTG105 School of Pharmacy and Allied Health Sciences, "Female Reproductive Pathology"
12/07/2004 – Pathology Grand Rounds, "Live Anywhere Record Access (LARA) at Creighton University"
02/23/2004 – Pathology Grand Rounds, "Influenza Virus: Avian, Swine, Human and Beyond"
03/04/2003 – Pathology Grand Rounds, "Computer Security: Principles and Practices for Protecting Private Information in the Digital Age"
2003–2006 – Small group facilitator, sophomore medical students, Creighton University Medical School
2002–2006 – Morning Report Case Presentations, Multiple Topics in Pathology and Lab Medicine

## Honors / Awards

**Shawnee Mission Medical Center**
• Recognizing Physician Excellence, Teamwork Award (February 2013)

**CAP Foundation**
• Training in Technology Award (June 2005 Award)
• APIII 2002 and 2003 Travel Award (Fall Informatics Award)
• AIMCL 2003 Travel Award (Spring 2003 Informatics Award)

**Creighton University School of Medicine**
• Hal G. Lankford Pathology Resident Award, 2004, 2005
• John F. Sheehan Medical Student Award in Pathology, 2002

**Other**
• Featured in CAP Today cover article, "Molecular testing moves to Main Street", November 2010
• Featured in CAP Today article, "PDA lab data - what they want is what they see", October 2005
• Featured Chief Resident for Pathology, ACGME 25th Anniversary Commemorative Book
• Featured Member, Metropoliton Omaha Medical Society (MOMS), April 2005 Newsletter
• Featured Alumnus, Thomas Aquinas College Alumni Newsletter, Summer 2006
• National Merit Scholarship Program Finalist

## Interests and Hobbies

• Family is very important to me
• Informatics and software development including iOS, Mac OS X and Android
• Recreational sports, including soccer and pick-up basketball
• Amateur radio including APRS, call sign KC0LEM

# ATTACHMENT B – MATERIALS REVIEWED

Materials Reviewed:

1. Autopsy Photographs
2. Kaleb Berkshire Deposition
3. Stephen Wood Deposition
4. Aumick Police Report
5. Body Camera Footage Video 1
6. Body Camera Footage Video 2
7. Exhibit 19-Cox Patient Record
8. Exhibit 20-Aumick Porch Photograph
9. Exhibit 21-Aumick Front Door Photograph
10. Exhibit 22-Aumick Autopsy Photograph
11. Exhibit 23-Aumick Autopsy Photograph
12. Exhibit 24-Aumick Autopsy Photograph
13. Exhibit 25-Aumick Autopsy Photograph
14. Exhibit 26-Aumick Autopsy Photograph
15. Exhibit 27-Aumick Autopsy Photograph
16. Exhibit 28-Aumick Autopsy Photograph
17. Exhibit 29-Aumick Autopsy Photograph
18. Report of the Medical Examiner
19. AXIS Forensic Toxicology Report
20. Dr. Lee Morrow Report