```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                     WESTERN DISTRICT OF MISSOURI
 2

 3   RACHEL AUMICK, Individually    )Case No: 6:21-cv-03072-BP
     and on behalf of the Heirs at  )
 4   Law of SHANE AUMICK, Deceased, )
              Plaintiff             )
 5   vs.                            )
                                    )
 6   DOUGLAS COUNTY, MISSOURI, et al,)
              Defendants.           )
 7

 8

 9           VIDEO-RECORDED DEPOSITION OF JEREMY JEFFREY

10           Taken via remote means whereby all parties

11   appeared via Zoom on June 29, 2022 at 9:00 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LEXITAS LEGAL
www.lexitaslegal.com    Phone: 1.800.280.3376    Fax: 314.644.1334
Case 6:21-cv-03072-BP   Document 101-7   Filed 07/20/22   Page 1 of 3

Exhibit G

 1      article that I can point you to because there are
 2      multiple.
 3  Q.  **Okay.  I thought you mentioned University of Maryland.**
 4  A.  I mentioned University of Maryland because that's
 5      where all the fluid resuscitation guidelines come
 6      from.  We didn't have them.  There were multiple
 7      articles and then the next thing you know now we have
 8      guidelines.  University of Maryland, no, ma'am,
 9      there's multiple articles out there.  All you have to
10      do is go to Google Scholar and go to excited delirium
11      and see multiple.  I try not to read anything that
12      isn't peer-reviewed.  Vanderbilt Medical Center has a
13      lot of stuff out there if you want to go look at some
14      stuff.
15  Q.  **Let's talk about something that is a medical**
16      **diagnosis.  What do you know or training have you had**
17      **in regard to positional asphyxia?**
18  A.  We've had a lot of training on positional asphyxia in
19      transport.  We do not -- in my service we do not
20      transport patients in a prone position unless there is
21      a medical condition that causes it.  Impaled object,
22      the patient has something, an open wound that we
23      cannot transport them on their back and even then we
24      try to do it in the lateral position.  However, that's
25      not always possible either.  But it is absolutely

LEXITAS LEGAL
www.lexitaslegal.com    Phone: 1.800.280.3376    Fax: 314.644.1334
Case 6:21-cv-03072-BP   Document 101-7   Filed 07/20/22   Page 2 of 3

```
 1          something that we do train on.  Positional asphyxia is
 2          something we try to stay away from.  And I don't allow
 3          in my service to transport anyone in a prone position.
 4    Q.    How long have you been receiving training on
 5          positional asphyxia?
 6    A.    Oh, man, probably the last 12 years more specifically
 7          we really focused on it.  Prior to that we always
 8          receive training in it.  However, probably in the last
 9          10 to 12 years we really focused on things like that.
10          And over the last years with COVID that kind of
11          changed again because they wanted us to start
12          transporting patients prone so we had another
13          discussion.  Honestly, ma'am, throughout my whole
14          career probably on positional asphyxia and
15          transporting patients in a prone position.
16    Q.    Okay.  Are you aware of any training prior to April of
17          2020 that EMT Wood had regarding positional asphyxia?
18    A.    No, ma'am, I did not review his training records to
19          know where his training was.
20    Q.    Would it surprise you EMT Wood would testify he had
21          not had any training as it related to positional
22          asphyxia prior to April 2020?
23    A.    Ma'am, it would really depend on how it was worded in
24          his training.  Positional asphyxia, you know, I would
25          not be surprised if he didn't know the term.  I would
```

LEXITAS LEGAL
www.lexitaslegal.com          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 6:21-cv-03072-BP   Document 101-7   Filed 07/20/22   Page 3 of 3