IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RACHEL AUMICK, Individually and on behalf of the Heirs at Law of SHANE AUMICK, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Case No. 6:21-cv-03072-BP |
| CITY OF AVA, MISSOURI, et al., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**NOTICE REGARDING PLAINTIFF'S SUGGESTIONS IN OPPOSITION TO DEFENDANTS CITY OF AVA, MISSOURI AND BERKSHIRE'S <u>MOTION FOR SUMMARY JUDGMENTEXHIBITS</u>**

COMES NOW Plaintiff, by and through counsel, and hereby identifies Exhibit 1, which is a video file, and previously submitted to the Court as Exhibit D to Defendants City of Ava, Missouri and Berkshire's Motion for Summary Judgment Suggestions in Support (Doc. 97) and as Exhibit D to Plaintiff's Response in Opposition to Defendants City of Ava, Missouri and Berkshire's Daubert Motion to Exclude Certain Expert Testimony of Hugh Mills (Doc. 100), as a hard copy form only and is being maintained in the case file in the Clerk's office.

Respectfully submitted,

LAUREN ALLEN, LLC

<u>/s/ *Lauren Perkins Allen*</u>
Lauren Perkins Allen
Missouri Bar #49845
4717 Grand Ave., Ste. 130
Kansas City, Missouri 64108
T: 816.877.8120
F: 816.817.1120
Email: lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's electronic filing system on this 21st day of July 2022, which sent notification to counsel of record.

*/s/ Lauren Perkins Allen*
*Attorney for Plaintiff*