# AVA POLICE DEPARTMENT
## 504 SPRINGFIELD ROAD
PO BOX 518 AVA MO, 65608
CHIEF REGGIE D. JOHNSON

# Call For Service
## Event Detail Page

Event # 20-04-0856
Print Date 04/13/2020

| Date | 04/04/2020 | Day | Saturday | Time | 06:14:11 | Dispatcher ID | 604 | Agency | AVAPD | Source | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beat | | Sector | | District | | Incident # | 20-04-0856 | | | | |
| Fire # | | | Med # | | | Other Inc. #1 | | Other Inc. #2 | | | |

**Address:** 507 W PENNINGTON AV
**Location:** 507 W PENNINGTON AV
**City:** AVA  **County:** DOU  **State:** MO

### REPORTING PARTY INFORMATION
**Name:**
**Location:** 506 W. PENNINGTON AVE.
**Phone:** 417 683-4753   **Requests Contact:** N

### DISPOSITION INFORMATION

| Unit | Officer Kaleb Berkshire | Unit | Cpl. Dewayne Butterworth | Total Consumed Minutes of all associated Units |
|---|---|---|---|---|
| Officer ID | 424 Officer Kaleb Berkshire | Officer ID | 418 Officer David Struble | |
| Dispatch Time | 04/04/2020 06:14:11 | Dispatch Time | | 179 |
| Enroute Time | 04/04/2020 06:14:11 | Enroute Time | 04/04/2020 06:35:00 | |
| Arrive Time | 04/04/2020 06:16:03 | Arrive Time | 04/04/2020 06:35:01 | Dispatch ID 604 |
| Clear Time | 04/04/2020 07:53:39 | Clear Time | 04/04/2020 07:53:41 | |

**Call Type:** 08  Assault, Domestic   **Priority:** 0

**Description:**
RP STATED A MALE AT THE RESIDENCE ACROSS FROM HER WAS TEARING THE HOUSE APART MALE PRONOUNCED J4 0705. CORONER AND FUNERAL HOME ON SCENE 0744 HOURS

**Disposition:** RPT   Report Taken     **EMD Code:**

**Comments:**
FEMALE INJURED; MALE SUBJECT INTOXICATED
COX AND DCSO ENROUTE
414 NOTIFIED 06:30
SECOND AMBULANCE REQUESTED
MALE PROUNOUNCED DECEASED 0705
29- AUMICK, SHANE ROBERT 01111983 SSN- 139762198
418 ENROUTE
AUMICK, SHANE DOB: 1983-01-11

Δ π EXHIBIT 7
Deponent_____
Date_____ Rptr_____
WWW.DEPOBOOKPRODUCTS.COM

Printed By/On: CHIEF / 04/13/2020 10:15:37
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 39

**Exhibit 2**


Case 6:21-cv-03072-BP   Document 102-2   Filed 07/21/22   Page 1 of 9

# AVA POLICE DEPARTMENT
## 504 SPRINGFIELD ROAD
PO BOX 518 AVA MO, 65608
CHIEF REGGIE D. JOHNSON

Page 1 **Incident**

Incident # 20-04-0856

| Beat | Rpt Dist | Type | | Seq |
|---|---|---|---|---|
| | | Narrative Report | | 1 |

Crime / Incident (Primary, Secondary, Tertiary)
ORDIN.0-010Y200013 . DOMESTIC ASSAULT

| Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|
| | On or From | 04/04/2020 | 06:15 | Sat |
| | To | 04/04/2020 | 07:54 | Sat |
| | Reported | 04/04/2020 | 06:15 | Sat |

Location of Incident: 507 PENNINGTON, AVA, MO
Cross Street:
County: DOU

Dispo: "V" = Victim  "RP" = Reporting Party  "W" = Witness  "S" = Suspect  "O" = Other

**S** — AUMICK, SHANE ROBERT
- Race: W, Sex: M, Age: 37, HT: 5-03, WT: 160, Hair: BRO, Eyes: GRN
- Home Phone: (417)
- Address: 507 W PENNINGTON AV
- DOB: 01/11/1983
- DL Number: R998575177
- State: MO
- Work Phone: (417)
- City, State, Zip: AVA MO 65608
- SSN: 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
- State #: MO0115636
- FBI #: 795308RB1
- Cell Phone: 0

**V** — AUMICK, MERI J
- Race: W, Sex: F, Age: 60, HT: 4-11, WT: 156
- Home Phone: (417) 630-9366
- Address: 507 W PENNINGTON AV
- DOB: 04/25/1959
- DL Number: X034119001
- State: MO
- City, State, Zip: AVA MO 65608
- SSN: 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

**V** — THOMAS, HOUSTON K
- Race: W, Sex: M, Age: 53, HT: 5-09, WT: 175
- Home Phone: (417) 683-3415
- Address: 507 W PENNINGTON AV
- DOB: 09/12/1966
- DL Number: X084343011
- State: MO
- City, State, Zip: AVA MO 65608
- SSN: 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

**O** — BUTTERWORTH, DEWAYNE A III
- Race: W, Sex: M, Age: 32
- Home Phone: (417) 683-2900
- Address: 504 SPRINGFIELD RD
- DOB: 06/28/1987
- DL Number: S167184001
- State: MO
- Work Phone: (417) 683-2900
- City, State, Zip: AVA MO 65608

Synopsis:

Continuation Attached: [X]
PropertyList Attached: [ ]
Property Damage $:
UCR: 9999
Press Release: [ ]
Domestic Violence Case: [ ]
Gang Related: N
Hate Crime: [ ]
Victim Senior Citizen: [X]
Pursuit: [ ]
Force Used: [ ]
Child Abuse: [ ]
County Code: DOU
Disposition: CLSD
Agency ORI #: MO0340100
Connecting Case #:
Report Complete/Ready for Review: [X]
CAD/CFS Event #: 20-04-0856
Assigned To: Officer Kaleb Berkshire  Date: 04/04/2020

Officer ID: Officer Kaleb Berkshire  424
Reviewed By:  Approved:  Date:

Printed By/On: CHIEF / 04/13/2020 10:15:27
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 40



# AVA POLICE DEPARTMENT
## 504 SPRINGFIELD ROAD

Page 2    Names

**Incident Cont'd**
Incident # 20-04-0856

Crime / Incident (Primary): ORDIN.0-010Y200013 . DOMESTIC ASSAULT
Attempt: ☐   Type: Narrative Report   Seq: 1

Dispo: "V" = Victim   "RP" = Reporting Party   "W" = Witness   "S" = Suspect   "O" = Other

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | ROBERTS, KOBBY W | W | M | 31 | 5-10 | 220 | | | (417) 683-1020 |

Address: RR 1 BOX 439   DOB: 04/18/1988   DL Number: S054150016   State: MO   Work Phone: (417) 683-1020
City, State, Zip Code: AVA MO 65608   SSN: 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   Cell Phone: 0

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | WOOD, STEPHEN J | W | M | 57 | 5-09 | 150 | RED | BLU | (417) 766-8665 |

Address: RR 4 BOX 725   DOB: 08/11/1962   DL Number: T980469705   State: MO   Work Phone: (417) 766-8665
City, State, Zip Code: AVA MO 65608   Cell Phone: 0

Officer ID: Officer Kaleb Berkshire   424
Reviewed By:   Approved:   Date:

Printed By/On: CHIEF / 04/13/2020 10:15:28
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 41

Case 6:21-cv-03072-BP   Document 102-2   Filed 07/21/22   Page 3 of 9

On 4 April 2020 at approximately 0614 I ( Officer Kaleb Berkshire) received a report from dispatch that there was a domestic in progress at 507 Pennington Ave. The RP stated the male was tearing the house apart and that they needed an Officer immediately.

 Upon arrival at approximately 0616 I found an elderly female, Mari Aumick covered in blood, there was an elderly male, Houston Thomas, on the north side of Pennington who had blood on his hands and shirt. The elderly male stated that his step son was inside with a knife and tried to kill them and was rampaging in the house. That his step son was intoxicated and not in his right frame of mind. I turned south toward the residence as the suspect, Shane Aumick date of birth 11 Jan 1983 with a Social Security number of 139 76 2198, burst out of the home. The suspect was brandishing the knife stating he was going to kill everyone that people where there trying to kill them. The suspect descended down the stairs from the porch I placed my light on him and pulled my weapon on him. I clearly stated he needed to drop his weapon, I repeated my self four or five times, warning him that if he didn't I would have to shoot him. At this point the suspect did not drop the knife and was stepping toward me, I began to step of at an angle from him to place distance between our selves while stating to drop his weapon. The suspects mother had gotten out of my patrol car where I had told her to stay until the incident was under control. Mari Aumick began pleading from me to not hurt him as she was standing on the south side of Pennington. I felt that I could disarm the suspect without shooting him at this point. I placed my weapon back in my holster while holding my light on the suspect instructing him to place his weapon on the ground and to put his hands on his head. I radioed into dispatch to get an ambulance staged and that an Officer was distressed and that I needed backup en route to contact Douglas County Sheriff Office and to get a unit en route, also to get a supervisor en route. Dispatch did not hear my initial radio contact. At this point the suspect began coming toward me brandishing the knife in his hand. I stated one more time that he needed to place the weapon on the ground or I would have to hurt him and I didn't want to. Shane Aumick stepped quickly toward me and swung the knife toward me but I leaned back as the blade came toward my face. The knife missed leaving the suspect off balance as he tried to swing the blade back toward me. I was able to catch the suspects arm and twist his wrist to loosen the blade in his hand. I was then able to disarm the knife from his left hand, throwing the blade into the grass by the porch. Shane Aumick was able to dislodge his arm from my grasp and ran back into the porch and into the residence.

 I approached the residence instructing the suspect to come out with his hands where I can see them. I drew my pistol with the light on sweeping the porch and doorway with my weapon and flashlight in my left hand. The entire porch was covered with blood as well as the front wall of the building and door and doorway. The front glass was smeared with blood making it difficult to see into the residence. I could hear the suspect inside of the residence moving around. The suspect stated he had a gun and would shoot everyone. I instructed the suspect that if he didn't come out slowly with his hands where I could see them if I had to enter the residence I would have to shoot him. I repeated my instructions three or four times clearly and loudly to the suspect. I heard movement toward the door so my weapon was raised and I was in a defensive posture ready to use deadly force if necessary. Shane Aumick walked slowly toward the doorway with his hands approximately chest level, from what I could

| Officer ID | Officer Kaleb Berkshire | 424 | Reviewed By | Approved | Date / / |
| --- | --- | --- | --- | --- | --- |

Printed By/On: CHIEF / 04/13/2020 10:16:29
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 42

**AVA POLICE DEPARTMENT**
**504 SPRINGFIELD ROAD**

Page 4

Narrative

Incident Cont'd

Crime / Incident (Primary)
ORDIN.0-010Y200013 , DOMESTIC ASSAULT

Attempt | Type

Incident # 20-04-0856

Narrative Report

Seq 1

see there was nothing in his hands but they where completely covered in blood all the way down his arms and speaking unintelligibly. I was able to place my weapon back in my holster as I instructed the suspect to turn around and place his hands behind his back. Shane Aumick complied so I was able to open the door and place him into handcuffs. I stated to the suspect I was placing him into handcuffs for his safety and mine. I moved the suspect to the stairs of the porch instructing him to set on the steps. The suspect was complying with my instructions and was beginning to act more coherent at this point. I turned and entered the residence to ensure that no one else was in the home or injured inside. I was able to clear the residence in minimal time with no resistance as there was no one else inside, however as I cleared the home I noticed that the entire residence had a large amount of blood throughout it. The blood was about on every wall and piece of furniture, on the floor leading throughout the home.

I exited the residence stating to the suspect to remain seated and that I was going to check his mother and step fathers wounds. I radioed dispatch that the scene was secure to roll the ambulance to my location and to notify Corporal Butterworth to get him en route. I began checking Mari Aumick injuries, it appeared that she had several dog bites up and down her arms along with a couple lacerations. Looking to the elderly male, Houston Thomas, he appeared to have no visible injuries but had blood on his person. I asked Mari what she would want to do about her son to which she stated that she wouldn't press charges but that she just wanted him taken care of. It was during this exchange with Mari Aumick that the suspect, Shane Aumick, began shouting unintelligibly and that he was going to kill everyone. He stated again that he had a gun in his waistband so I stood him up to check him for weapons. Shane began to be combative again jerking his arm and shoulder away along with kicking at me. I placed the suspect onto the ground checking him for weapons. He was still being combative kicking and trying to roll away. I radioed again to dispatch to get a back up unit en route that the suspect was highly intoxicated possibly on other substances and combative. Dispatch informed me that they had contacted Douglas County and that it would be several minutes as the deputy had to come from the Good Hope area, however that they had reached Corporal Butterworth. It was at this point the suspect began threatening to harm everyone again and became very combative kicking up at me. I repeatedly instructed the suspect to stop, to stop resisting. I instructed Shane to cross his feet and place them against his backside. I was able to catch his foot and make him comply, even with the suspects legs crossed and my weight on his crossed legs he was able to buck his body up and move his legs trying to kick me. It was at this point that I moved into a side control position placing my right knee into the middle of his back between his hip to control his lower body and not allow him to roll away while also placing my left knee up onto his lower cranium to control his upper body but allow him to breath but to ensure that I could use pain compliance if necessary. The suspect continued to fight back attempting to kick at me striking me several times across my back and shoulders.

It was at this time approximately that the paramedics arrived on scene. I told them that the injured parties where in the red car on the south side of Pennington in front of the home, that there was an elderly white female with lacerations and dog bites on her arms and a white elderly male that appeared to be OK but needed to be checked out. It was during this time that the subject continued to fight harder and was speaking unintelligible about people and

Officer ID  Officer Kaleb Berkshire   424   Reviewed By   Approved   Date / /

Printed By/On: CHIEF / 04/13/2020 10:15:29
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 43

things that where not there. As the subject continued to resist I elevated the subjects wrists to cause pain compliance to get the subject to stop resisting while I continued to instruct the subject to stop, stop resisting. One of the paramedics continued to treat the injured parties while the other paramedic, Steve Wood, came over to help restrain the subject. Steve Wood attempted to hold his legs down so Shane Aumick continued to try and kick Steve and myself. I instructed Shane to stop resisting that he was striking an Officer and Paramedic. Dispatch requested an update so I informed them that the subject was resisting but that a paramedic was attempting to restrain the suspect. Myself and Steve Wood attempted to restrain the subject while he continued to threaten ourselves and everyone around stating that he had a bomb and would kill everyone that we would all die when his people got there. The suspect continued to resist against my continued instruction and attempt at pain compliance. The suspect continued fighting and kicking at the paramedic and myself so Steve Wood and I attempted to control the subject.

It was during this time that the subject went slack. I noticed immediately and rolled the subject to his back and conducted a sternum rub to get the subject to wake up. I checked the suspects breathing and pulse, the respiration's where reduced with a thready pulse at best. I informed the paramedic who checked him and began life saving measures. The paramedics put the suspect on oxygen and I began chest compressions. Both paramedics came over to work on the suspect to attempt to restart his heart, they brought a compression board that automatically conducts chest compressions on the subject. We, the paramedics and myself, moved the suspect onto the board to which they hooked him up and began compressions again while starting an IV and administering drugs to attempt to save his life. the paramedics where attempting to contact their dispatch and get a second ambulance en route but where unable to contact so I contacted my dispatch to get the second ambulance en route. It was at this approximate time that Corporal Butterworth arrived on scene. I informed my supervisor of the current situation and what had taken place briefly. Corporal Butterworth accessed the scene and began questioning the victims, Mary Aumick and Houston Thomas, about the events that had transpired. During this period the paramedics continued to work on the subject while Corporal Butterworth and I inspected the back shed that the subject had been staying at the residence. It was during this time the second ambulance arrived and continued to work on Shane Aumick. It was shortly after this period that a third Officer from our department arrived, Officer Struble.

During this period the victims reentered their home to wait so that they didn't have to see their son being worked on by paramedics. I reentered the residence as well to re-interview the victims and to get their contact information. The victims stated that Shane Aumick had left their residence around two on Friday afternoon to go to Seymour to see his wife and kids. He returned heavily intoxicated drinking alcohol from a cup and speaking about things that where not coherent and actually happening at approximately 0530 on Saturday morning. The stepfather attempted to get Shane to sleep but he kept speaking of things trying to get them. The step father had him lay on the couch in the living room and then attempted to lay down for the night. Just a few minutes later Shane was up off the couch and had a knife in his hand and brandishing it speaking about people trying to kill them. However it was Shane that was tearing the home apart destroying furniture and swinging the knife

| Officer ID | Officer Kaleb Berkshire | 424 | Reviewed By | Approved | Date / / |
| --- | --- | --- | --- | --- | --- |

Printed By/On: CHIEF / 04/13/2020 10:15:29
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 44

Case 6:21-cv-03072-BP   Document 102-2   Filed 07/21/22   Page 6 of 9

| AVA POLICE DEPARTMENT | Page | 6 | | Incident Cont'd |
| 504 SPRINGFIELD ROAD | Narrative | | Incident # | 20-04-0856 |

| Crime / Incident (Primary) | | Attempt | Type | | Seq |
| ORDIN.0-010Y200013 . DOMESTIC ASSAULT | | ☐ | Narrative Report | | 1 |

wildly. At one point Shane came after Mari Aumick and his step father Houston Thomas. Mari was holding one of the dogs when Shane was swinging his knife wildly at her the dog attempted to protect Mary but she attempted to restrain the dog and received several dog bites and a few lacerations from the suspects knife. The step father attempted to restrain Shane but was unable so Houston moved Mari out the door and into the street. Houston Thomas crossed the street to 506 Pennington and woke a neighbor to call the Police and get a unit asap.

After interviewing the victims I returned outside the residence to see the status of the suspect. It was at this approximate time that the coroner, Rick Miller, had arrived and called time of death at 0705 on 04 April 2020 for Shane Aumick. I returned inside the residence to inform the next of kin about the passing of the suspect. I informed them that the funeral home would be en route shortly and would take Shane to Cox Hospital for an autopsy and toxicology report but that it could take a month or two to get the information back. I informed them when the department received it that it would be made available to the family.

After returning outside the Douglas County Deputy arrived but upon arriving and the scene being controlled and situation handled he left a few minutes later. The Coroner and funeral home owner removed the body from the residence and transported it to Cox in Springfield Mo. Before leaving the residence I informed the family of my name and badge number that I could be contacted at Ava Police department for questions and got a good contact number for Mari Aumick.

I left the residence with the two other Ava officers, Corporal Butterworth and Officer Strubble. The time was 0753 on 04 April 2020 when all units went 10-8.
-Nothing Follows

| Officer ID | Officer Kaleb Berkshire | 424 | Reviewed By | Approved | Date / / |

Printed By/On: CHIEF / 04/13/2020 10:15:30
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 45

Case 6:21-cv-03072-BP   Document 102-2   Filed 07/21/22   Page 7 of 9

# AVA POLICE DEPARTMENT
## 504 SPRINGFIELD ROAD
PO BOX 518 AVA MO, 65608
CHIEF REGGIE D. JOHNSON

# Supplement
Page 7

Incident # 20-04-0856

Title: Supplemental

Reported 04/10/2020  15:23  Friday

On 04/04/2020 at 0630 Hrs. I Cpl. Dewayne A. Butterworth III (DSN-414) was contacted at home by the on-duty dispatcher, who informed me that Officer Berkshire was currently fighting a suspect who had been armed with a knife.

I arrived on scene and observed Officer Berkshire and the Paramedic Steve Woods, next to Shane Aumick the suspect in question attemtping to get the handcuffs off of Aumick. Officer Berkshire said that himself and Woods had gotten Aumick under control and in handcuffs and Aumck went limp.

Officer Berkshire was able to get the Handcuffs off of Aumick and the paramedics continued doing CPR on Aumick. At this time Officer Berkshire informed me of what had taken place.

I spoke to the mother Meri Aumick, and asked if she was ok and she said yes, the wounds she had were from when her dog had bit her. I observed blood throughout the house and on the outside of the house by the door. I asked Meri where Shane was staying and she said in the shed behind the house.

Officer Berkshire and Myself went to the shed and found the door open with a small dog inside. Inside the shed was a makeshift bed and nothing else.

At this time while the Paramedics were working on Shane, I had Officer Berkshire again go speak with Meri and the step-father to make sure nothing was left out of their statements. The paramedics continued to work on Shane until 0705Hrs.

While on scene the Coroner Rick Miller arrived and Declared Shane Deceased at 0705 Hrs. Miller then made contact with the mother Meri and informed her that her son had passed away. Clinkingbeards funeral home was contacted to pick up the deceased and I informed Miller that we wanted an Autopsy performed to confirm the cause of death. At 0744Hrs. Clinkingbeards Funeral home arrived and we loaded Shane onto a gurney and placed him inside the Funeral Homes vehicle.

Officer ID: Cpl. Dewayne Butterworth  414
Agency: AVAPD
Reviewed By:
Date:

Printed By/On: CHIEF / 04/13/2020 10:15:32
CrimeStar® Law Enforcement Records Management System
Licensed to: AVA MO POLICE DEPARTMENT

Ava 46



# Ava Police Department
# Voluntary Statement

Name: Steve Wood
Social Security #: N/A
Date of Birth: 8/11/62
Address: 
Home Phone #: 
Work #: 417-766-8665
Incident Date: 4-4-2020   Time: 0620   AM __ PM X
Place of Occurrence: 507 W Pennington Ave
Type of Incident: Assault
Date of Statement: 4-7-2020   Time: 10:30   AM X  PM __
I Steve Wood, willingly give the following voluntary statement to officer _____ of the Ava Police Department.

EMS called to Home for Assault of Female. On scene officer had male on ground on belly hand cuffed + having trouble keeping male down. Male was yelling + fighting with officer. He had his Knee in the males back but male was still Kicking the officer with his boothes. My partner took the Female to ambulance to check her out. I went back up coming male seemed to be intoxicated or on Some type of Drugs. Male was very large + very strong + hard for officer to keep down. So I helped by grabbing the male by the ankles + keeping him from Kicking the officer. The male continued to fight for around 10 min at which time he became unresponsive I asked officer if he was Breathing officer rolled male over + male was not breathing + did not have a pulse so EMS started working the code.

Signature X _____