```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF MISSOURI
 2
    RACHEL AUMICK, Individually   )
 3  and on behalf of the Heirs    )
    at Law of SHANE AUMICK,       )
 4  Deceased,                     )
                                  )
 5      Plaintiff,                )
                                  )
 6      -vs-                      )          No.
                                  )    6:21-CV-03072-BP
 7  DOUGLAS COUNTY, MISSOURI,     )
    et al.,                       )
 8                                )
        Defendants.               )
 9

10

11

12

13

14        VIDEORECORDED DEPOSITION OF
      LIEUTENANT DWAYNE A. BUTTERWORTH, III
15
           TAKEN ON BEHALF OF THE PLAINTIFF
16
                 OCTOBER 22, 2021
17

18

19

20

21

22

23

24

25
```

 1            Q.   Did you ever separately talk to Mary
 2   Aumick as a witness to what had happened while
 3   Officer Berkshire was present at the residence?
 4            A.   That I don't remember other than
 5   asking her if she was okay.
 6            Q.   Did you have any concerns that this
 7   alleged knife incident between Shane Aumick and
 8   Officer Berkshire was not on his body camera footage?
 9            A.   Did I have any concern about it not
10   being on there?
11            Q.   Correct.
12            A.   Yeah, considering our policy.
13            Q.   And that is not in compliance with
14   your policy, correct?
15            A.   That is correct.
16            Q.   And once your vehicles are activated
17   on a call, isn't the body cam footage automatically
18   activated?
19            A.   No.
20            Q.   You can manually deactivate and
21   activate it?
22            A.   Yes.
23            Q.   What is the reason for manually
24   activating it?
25            A.   Anytime where we receive a call to

```
 1   where we have to speak to anyone or deal with any
 2   individual or any incident.
 3           Q.   And why is that important?
 4           A.   Just to make sure that no one says
 5   that we've said or done something that didn't happen.
 6           Q.   Or -- and also to document --
 7           A.   Uh-huh.
 8           Q.   -- what actually did happen, correct?
 9           A.   Yes.
10           Q.   Your report then states, at this
11   time, while paramedics were working on Shane, I had
12   Officer Berkshire again go speak with Mary and the
13   stepfather to make sure nothing was left out of their
14   statements.  The paramedics continued to work on
15   Shane until 0705 hours, correct?
16           A.   Yes.
17           Q.   In your review of Officer Berkshire's
18   questioning and speaking with Mary Aumick and Mr.
19   Thomas, Houston Thomas, the gentleman who was there
20   with her, --
21           A.   Uh-huh.
22           Q.   -- did they ever speak of or discuss
23   a knife encounter between Shane Aumick and Officer
24   Berkshire?
25           A.   I don't remember if it was -- if that
```