```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
 2                WESTERN DISTRICT OF MISSOURI
 3
 4   RACHEL AUMICK, Individually)
     and on behalf of the Heirs )
 5   at Law of SHANE AUMICK,     )
     Deceased,                   )
 6                               )
               Plaintiff,        )
 7                               )
     VS.                         )Case No. 6:21-cv-03072-BP
 8                               )
     DOUGLAS COUNTY, MISSOURI,   )
 9   et al.,                     )
                                 )
10             Defendants.       )
11
12
13    VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF STEVE IJAMES
14              TAKEN ON BEHALF OF THE PLAINTIFF
15                 IN OKLAHOMA CITY, OKLAHOMA
16                     ON JULY 20, 2022
17
18
19            REPORTED BY:  DAVID BUCK, CSR
20
21
22
23
24
25
```

 1     A.  I don't recall anything from Mr. Mills'
 2  deposition that formulated an opinion or that I
 3  specifically referenced.
 4     Q.  Okay.  Sir, I have pulled up here the first
 5  page of your expert report and opinions, Page 2.
 6  Initially you provide an incident overview and if we
 7  turn to the second page it looks like you then start
 8  adding excerpts of deposition of Officer Berkshire.
 9  Is that correct?
10     A.  Yes, ma'am.
11     Q.  Okay.  Would you agree with me that Officer
12  Berkshire's report is not consistent with the body
13  camera footage available or the eyewitness account of
14  Meri Aumick?
15     A.  I would have to ask you to give me some
16  specific examples.  I do recall and I think I
17  reference some conflict in testimony between him and
18  Meri, but if you had a specific question I could -- I
19  could say yes or no, but I can't tell you from memory
20  each area that I may or may not have thought was not
21  perfectly mirrored by the video and/or what the
22  decedent's mother said.
23     Q.  Okay.  And what I am referencing is this
24  narrative area of his report where he references that
25  the suspect descended down the stairs from the porch

1   when he placed his light on him and he pulled a weapon
2   on him.
3           Do you recall reviewing that in the body
4   camera footage?
5       A.  No, ma'am.  I think, as I recall, his
6   narrative report indicates he didn't have the body
7   camera turned on when he thought he did, but I think I
8   did reference in my opinion that conflict between what
9   he said occurred and what the deceased's mother said
10  occurred.
11      Q.  Okay.  Will you also agree that there is no
12  body camera footage of this narrative and conflicting
13  testimony between Officer Berkshire and Ms. Aumick at
14  the scene with regard to the pulling of the weapon and
15  this knife altercation?
16      A.  Yeah, if you're asking if I saw body camera
17  footage in reference to that conversation, et cetera,
18  the answer is no.
19      Q.  Okay.  As a police commander and in your
20  experience, sir, would that make you question the
21  voracity of Officer Berkshire's report?
22      A.  If we assume that his testimony is true about
23  he thought the video was on and it wasn't, then that
24  would be one explanation for why it might not be on
25  the video, that he hadn't pushed the button, but

LEXITAS LEGAL
www.lexitaslegal.com    Phone: 1.800.280.3376    Fax: 314.644.1334
Case 6:21-cv-03072-BP   Document 118-1   Filed 08/18/22   Page 3 of 4

```
 1   certainly when you have conflicting statements between
 2   as in this case the deceased's mother and the officer,
 3   any outright conflicting statement always causes
 4   question as concerning what actually happened.
 5        Q.  And you had the opportunity to review the
 6   deposition testimony of Ava Officer Dewyane
 7   Butterworth.  Correct?
 8        A.  Correct.
 9        Q.  And would you agree with me that Officer
10   Butterworth had concerns because this alleged knife
11   altercation was not on the body camera footage, which
12   would be in violation of the Ava police policies?
13        A.  Correct, he should have turned by policy the
14   video on the moment he stepped out of the car,
15   correct.
16        Q.  And would you agree with me that that is
17   important because the body camera footage is there to
18   make sure no one says the police have said or done
19   something that they haven't and to document what
20   actually did happen?
21        A.  Sure.  I mean, there's reasons why we use body
22   cameras and the two examples you gave would be
23   included, correct.
24        Q.  Okay.  The next page of your report shows a
25   still frame on Page 4 of Plaintiff's decedent Shane
```

LEXITAS LEGAL
www.lexitaslegal.com    Phone: 1.800.280.3376    Fax: 314.644.1334
Case 6:21-cv-03072-BP   Document 118-1   Filed 08/18/22   Page 4 of 4