IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

RACHEL AUMICK )
*Individually and on behalf of the Heirs of* )
SHANE AUMICK, *deceased*, )
                  Plaintiff, )
v. ) No. 21-03072-CV-S-BP
                )
KALEB BERKSHIRE, *et al.*, )
                )
                  Defendants. )

## JUDGMENT IN A CIVIL CASE

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

1) The following claims, which were asserted in the initial Complaint, were dismissed in Doc. 52:
   a. Official capacity claims against Defendant Berkshire
   b. Violation of civil rights pursuant to 42 U.S.C. § 1983 against Defendant Wood
   c. Violation of civil rights, under § 1983, by failing to implement appropriate policies, customs, and practices and by failing to train, supervise, and retain against Defendant Cox
2) In Doc. 124, summary judgment was granted in favor of the defendants on the following claims:
   a. Violation of civil rights pursuant to 42 U.S.C. § 1983 against Defendant Berkshire
   b. Violation of civil rights, under § 1983, by failing to implement appropriate policies, customs, and practices and by failing to train, supervise, and retain against Defendant Ava
   c. Wrongful death against Defendants Berkshire, Cox, and Wood

September 29, 2022                                      Paige Wymore-Wynn
Date                                                            Clerk of Court

                                                                         /s/ Shauna Murphy-Carr
                                                                         (by) Deputy Clerk